In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-091 CR


____________________



KEVIN JOHN KADLECEK, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 9th District Court 


Montgomery County, Texas


Trial Cause No. 07-05-05673-CR






MEMORANDUM OPINION


 On June 23, 2008, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant explained
why he needed time for filing the record. The appellant did not file a response. It appears
that the appellant is not entitled to proceed without payment of costs. See Tex. R. App. P.
20.2. There being no satisfactory explanation for the failure to file the record, the appeal is
dismissed for want of prosecution. See Tex. R. App. P. 37.3(b).

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered October 1, 2008

Do not publish


Before McKeithen, C.J., Kreger and Horton, JJ.